IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JULIUS TIMOTHY DAWSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv156 |
| BOBBY LUMPKIN, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Julius Timothy Dawson, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above styled civil rights lawsuit.  This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff has filed a motion seeking a preliminary injunction and temporary restraining order (doc. no. 2).  At the time he filed his complaint and motion, plaintiff was incarcerated at the LeBlanc Unit.  He subsequently notified the court of his transfer to the Terrell Unit. A transfer to another correctional facility renders a claim for injunctive relief based on conditions at a litigant's former correctional facility moot.  *Cooper v. Sheriff, Lubbock County*, 929 F.2d 1078, 1084 (5th Cir. 1991); *Beck v. Lynaugh*, 842 F.2d 759, 762 (5th Cir. 1988).  As a result, plaintiff's motion seeking a preliminary injunction and temporary restraining order should be denied as moot.

Recommendation

Plaintiff's motion for a preliminary injunction and temporary restraining order should be denied as moot.

Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th

Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

      SIGNED this 19th day of September, 2023.

_____
Zack Hawthorn
United States Magistrate Judge