IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JULIUS TIMOTHY DAWSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv156 |
| BOBBY LUMPKIN, ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Julius Timothy Dawson, proceeding *pro se*, filed the above-styled civil rights lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for preliminary injunction and temporary restraining order be denied as moot.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo* review of plaintiff's objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. Based on the authorities cited by the magistrate judge, plaintiff's transfer to another correctional facility rendered his request for preliminary injunctive relief moot.

### ORDER

The objections [Dkt. 7] are therefore OVERRULED. The findings of fact and conclusions of law in the report are correct and the report of the magistrate judge [Dkt. 6] is ADOPTED. The motion for preliminary injunction and temporary restraining order [Dkt. 2] is DENIED.

**SIGNED this 19th day of December, 2023.**

*Michael J. Truncale*

Michael J. Truncale
United States District Judge