IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JULIUS TIMOTHY DAWSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv156 |
| CHARLES ROWRY, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Plaintiff Julius Timothy Dawson, an inmate confined at the Terrell Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit against Charles Rowry and Bryan Collier. The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge pursuant to 28 U.S.C. § 636 and applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a partial motion to dismiss filed by the defendants be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 19] is ADOPTED as the opinion of the Court. The partial motion to dismiss [Dkt. 10] is GRANTED. The following claims are DISMISSED pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6): (1) claims against the defendants in their official capacities for money damages; (2) claims for damages under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"); (3) claims against the defendants in their individual

capacities under RLUIPA; (4) claims against the defendants in their individual capacities under the First Amendment and (5) equal protection claims against the defendants in their individual capacities.

**SIGNED this 10th day of September, 2024.**

_____
Michael J. Truncale
United States District Judge